AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
9:05 am, Dec 02 2025

| United States of America | ) | |
| v. | ) | |
| Jared Thomas Smith | ) | Case No.   4:18-cr-00035-SMR-HCA |
| | ) | 25-mj-319-NRN |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jared Thomas Smith                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment        ❐ Superseding Indictment        ❐ Information        ❐ Superseding Information        ❐ Complaint

❐ Probation Violation Petition        ☑ Supervised Release Violation Petition        ❐ Violation Notice        ❐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release ECF 105

WARRANT ISSUED

CHANDLOR G. COLLINS, Clerk

By: _____
DEPUTY CLERK

Date:    12/01/2025

City and state:    Council Bluffs, Iowa                          Stephanie M. Rose, Chief U.S. District Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |