PROB 12C
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
### FOR THE
## SOUTHERN DISTRICT OF IOWA

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jared Thomas Smith (aka Demi Young)     **Case Number:** 4:18-cr-00035-001

**Name of Sentencing Judicial Officer:** Stephanie M. Rose, Chief U.S. District Judge

**Date of Original Sentence:** October 26, 2018

**Original Offense:** 18 U.S.C. § 2250 - Failure to Register

**Original Sentence:** 37 months' imprisonment; 120 months' supervised release

**Date of Amended Sentence:** Not Applicable

**Amended Sentence:** Not Applicable

**Reason for Amended Sentence:** Not Applicable

**Date Original Supervision Commenced:** November 10, 2022

**Date Current Supervision Commenced:** August 13, 2025

**All Prior Reports & Actions:** June 29, 2022 – Revoked – Six months' imprisonment, ten years' supervised release
June 12, 2024 – Revoked – 18 months' imprisonment, 96 months' supervised release
May 12, 2025 – Modification – Public Law Placement (cause)
September 18, 2025 – Report on Offender

### PETITIONING THE COURT

☒    To issue a warrant.

☐    To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

### Violations

1. New Law Violation – Eluding

2. New Law Violation – Reckless Driving

3. New Law Violation – Fail to Obey Traffic Control Device

4. New Law Violation – Harassment of Public Officers or Employees

5. New Law Violation – Fail to Use Headlights

6. New Law Violation – Speeding

U.S. v. Jared Thomas Smith (4:18-cr-00035-001)    Petition for Warrant or Summons – December 1, 2025

7.    New Law Violation – Drive on Wrong Side of Roadway

8.    New Law Violation – No Valid Driver's License

9.    New Law Violation – Criminal Mischief Fifth Degree

<u>Nature of Noncompliance</u>

On November 28, 2025, at approximately 0243 hours, Dallas County Sheriff's deputies conducted a traffic stop on Mr. Smith for speeding.  Upon initial contact with the driver, Mr. Smith identified himself as Meagan Morgan.  As the deputy was approaching the vehicle again, Mr. Smith turned off his lights and sped away.  Dallas County Sheriff's deputies pursued the vehicle.  During the pursuit, Mr. Smith ran approximately two stop signs, drove on the wrong side of the roadway, drove through approximately two yards, struck a stone firepit, and reached speeds of approximately 117 mph. Once Mr. Smith stopped the vehicle, deputies conducted a felony stop, with one deputy drawing their service weapon. Once Mr. Smith was taken into custody, he was properly identified, and dispatch advised his license was suspended out of the state of Colorado.  Later that day, Mr. Smith contacted the U.S. Probation Office via text and advised he had law enforcement contact and was out on bond.  This matter remains pending in the Iowa District Court for Dallas County.

<u>U.S. Probation Officer Recommendation</u>:

The term of supervision should be

☒    revoked.

☐    extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    <u>December 1, 2025</u>

by:    <u>Stephanie C. Palser</u>
Stephanie C. Palser
Senior U.S. Probation Officer

The United States Attorney's Office:

☑    Does not object to the proposed action.

☐    Objects but does not request a formal hearing be set.

☐    Objects and will petition the Court requesting that a formal hearing be set.

Jason T. Griess
<u>Assistant United States Attorney</u>

<u>Signature</u>

U.S. v. Jared Thomas Smith (4:18-cr-00035-001)                      Petition for Warrant or Summons –  December 1, 2025

THE COURT ORDERS:

☐    No action.

☒    The issuance of a warrant.

☐    The issuance of a summons so a hearing can be

held on _____

at _____.

_____
Signature of Judicial Officer

December 1, 2025

_____
Date